MICHAEL BANNER, Appellant, *v.* LYON & HEALY, INC.,
Defendant, and JAY C. FREEMAN, Respondent.

Argued January 17, 1938; decided March 1, 1938.

*J. W. Edwards* for appellant.

*J. J. Kramer* and *J. O. Kramer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: HUBBS, J.